Alfie Lloyd Mayes, Plaintiff-Appellee, v. Edna
Minnie Mayes, Defendant-Appellant.

Gen. No. 10,251. 

Third District.

January 8, 1960.

Released for publication January 25, 1960.

Milton McClure, for defendant-appellant. R. L. Northcutt, for plaintiff-appellee. Opinion by JUDGE ROETH. **Not to be published in full.**